**FILED**
**JUN 25 2015**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 985
Palm Springs, Ca 92263

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **JUNE 24, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I SERVED THE FOLLOWING DOCUMENTS ON ALL DEFENDANTS LISTED, ATTACHED:
* COMPLAINT
* SUMMONS + NOTICE OF STATUS CONFERENCE
* EARLY MEETING OF COUNSEL + STATUS CONFERENCE INSTRUCTIONS
* NOTICE TO DEFENDANTS - BOTH ENGLISH + SPANISH VERSIONS

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/24/15    John Tavernier    _____
Date       Printed Name       Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                                F 7004-1.SUMMONS.ADV.PROC

John M. Barr, Karl T. Barr, Jesse O'Jack, Daniel J. DuChene,
Barr Anhut & Associates, PC
105 Pearl Street
Ypsilanti, MI 48197

Ralph Lange & City of Ypsilanti
1 South Huron Street
Ypsilanti, MI 48197

Joyce A, Draganchuk
Ingham County Circuit Court
313 West Kalamazoo Street, 3rd Floor
Lansing, MI 48933-2046

Amy Ronayne Krause – P41113
Michigan Court of Appeals
925 West Ottawa Street
P.O. Box 30022
Lansing, MI 48909

Mark Brayton
Washtenaw County Sheriff's Office – Civil Bureau
2201 Hogback Road
Ann Arbor, MI 48105

Carmel Coward
Patient Services Assistant
The University of Michigan Medical Center
1500 East Medical Center Drive
Ann Arbor, MI 48109