UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GARY S. HANN,<br><br>    Debtor,<br>_____/<br>GARY S. HANN,<br><br>    Plaintiff,<br><br>v<br><br>BARR ANHUT & ASSOCIATES, P.C., JOHN M. BARR, JESSE O'JACK, KARL T. BARR, DANIEL J. CUHENE, CITY OF YPSILANTI, RALPH LANGE, JOYCE DRAGANCHUK, AMY RONAYNE KRAUSE, MARK BRAYTON, CARMEL COWARD,<br><br>    Defendants. | No. 6:14-bk-22067-MW<br>6:15-ap-01006-MW<br><br><br><br>Adversary Proceeding<br>No. 6:15-cv-01167<br><br>HON. MARK S. WALLACE |

**DEFENDANTS AMY RONAYNE KRAUSE**
**AND JOYCE DRAGANCHUK'S**
**MOTION TO DISMISS**
**AND MOTION FOR SANCTIONS**

Defendants Amy Ronayne Krause and Joyce Draganchuk, by counsel, move this Honorable Court to Dismiss Plaintiff Gary Hann's Complaint under Fed. R. Civ. P. 12, and based upon the following:

1. This Court lacks personal jurisdiction and subject matter jurisdiction over this adversary proceeding. All of actions Hann complains of occurred in Michigan, and the Defendant Judges have no connection whatsoever to California. Further, the claims asserted have no conceivable effect on the administration of the underlying bankruptcy estate.

2. Judge Krause and Judge Draganchuk are entitled to absolute judicial immunity. All of the actions Hann complains of were taken in a judicial capacity and in matters where there was not an absence of jurisdiction.

3. Hann's Complaint is barred by the *Rooker-Feldman* Doctrine. Hann complains of injuries caused by a state court judgment that was entered before these proceedings, and inappropriately seeks federal review of a state court judgment.

Further, pursuant to Bankruptcy Rule 9011, Defendants Krause and Draganchuk move this Court for an order sanctioning Hann for his vexatious filing, and respectfully request that they be awarded costs and fees associated with the defense of this frivolous proceeding.

In further support of these motions, Defendants Amy Ronayne Krause and Joyce Draganchuk rely on the facts, law and argument more fully developed in the attached brief in support.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Bill Schuette<br>Attorney General |
|  | *s/ Adam P. Sadowski*<br>Adam P. Sadowski (P73864)<br>Joseph T. Froehlich (P71887) (Application for Admission Pro Hac Vice Pending)<br>Civil Litigation, Employment & Elections Division<br>Attorneys for Defs Krause and Draganchuk<br>(517) 373-6434 |
| Dated: July 9, 2015 | froehlichj@michigan.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                              *s/ Adam P. Sadowski*
                                              Adam P. Sadowski (P73864)
                                              Joseph T. Froehlich (P71887
                                              Assistant Attorney General
                                              Attorney for Defs Krause and Draganchuk
                                              froehlichj@michigan.gov